UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sunbelt Rentals, Inc.,

        Plaintiff,

v.

Santiago Victor,

        Defendant.

Case No.: C13-4240 SBA

APPLICATION FOR ADMISSION OF ATTORNEY YASH B. DAVE PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Yash B. Dave, an active member in good standing of the bar of the State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Sunbelt Rentals, Inc. in the above entitled action. My local co-counsel in this case is Allison M. Dibley, an attorney who is a member of the bar of this Court in good standing who maintains an office in the State of California.

| My Address of Record | Local Co-Counsel's Address of Record |
|---|---|
| 50 N. Laura St., Suite 2600<br>Jacksonville, FL 32202 | 50 California St., 34th Floor<br>San Francisco, CA 94111 |
| My Telephone # of Record<br>Telephone: (904) 598-6100<br>Facsimile: (904) 598-6240 | Local Co-Counsel's Telephone # of Record<br>Telephone: (415) 438-7258<br>Facsimile: (415) 398-2438 |
| My Email Address of Record<br>YDAVE@SGRLAW.COM | Local Co-Counsel's Email Address of Record<br>ADIBLEY@NOSSAMAN.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0068573.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/6/2013

YASH B. DAVE

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of YASH B. DAVE is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and in communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/13/2013

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

- 1 -

*Pro Hac Vice* Application & Order                                     , 2013



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
www.FLORIDABAR.org

State of Florida  )

County of Leon   )

In Re:  68573  
Yash B. Dave  
Smith, Gambrell & Russell, LLP  
50 N. Laura St., Ste. 2600  
Jacksonville, FL





I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 25, 2009.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 30th day of August, 2013.

Pam Gerard  
Supervisor, Membership Records  
The Florida Bar

PG/VM/ssTH1:R10