UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANTIAGO VICTOR, <br><br> Defendant. | Case No: C 13-4240 SBA <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

The Court previously denied the Ex Parte Application of Sunbelt Rentals, Inc. for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction ("Ex Parte Application") based on Plaintiff's failure to provide notice of the application to Defendant Santiago Victor. Dkt. 13. On September 16, 2013, Plaintiff filed a renewed Ex Parte Application and has provided notice of the same to Defendant. Dave Decl. ¶¶ 3-5, Dkt. 16. The renewed Ex Parte Application will be construed as a motion for preliminary injunction. See Rovio Entm't Ltd. v. Royal Plush Toys, Inc., 907 F. Supp. 2d 1086, 1101 (N.D. Cal. 2012). Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendant Santiago Victor shall file an opposition or statement of non-opposition to Plaintiff's renewed Ex Parte Application by no later than **October 2, 2013**. Plaintiff shall file its reply by no later than **October 9, 2013**. No hearing will be held in connection with this matter unless the Court orders otherwise. Defendant is warned that the failure to file a timely opposition to Plaintiff's motion will be construed as a consent to the relief requested by Plaintiff in its Ex Parte Application.

2. Plaintiff shall serve a copy of this Order on Defendant *forthwith* by FedEx or other overnight delivery service, and file a Certificate of Service with the Court thereafter.

IT IS SO ORDERED.

Dated: 9/17/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge