UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>SANTIAGO VICTOR,<br><br>        Defendant. | Case No:  C 13-4240 SBA<br><br>**ORDER GRANTING ADMINISRTATIVE MOTION TO SEAL** |

    Good cause appearing,

    IT IS HEREBY ORDERED THAT Plaintiff's unopposed Administrative Motion to File Under Seal Exhibits B-D, E, I-L and P and portions of the declaration of Bryan Elbrecht is GRANTED.  This Order terminates Docket 7.

    IT IS SO ORDERED.

Dated: September 25, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge