# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SANTIAGO VICTOR,<br><br>Defendant | **Case No.:** C 13-4240 SBA<br><br>Assigned to: Hon, Saundra B. Armstrong<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |

Upon review of the stipulation of the parties to extend the briefing schedule re Plaintiff's ex parte application for a temporary restraining order and

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**

preliminary injunction in the matter *Sunbelt Rentals, Inc. v. Santiago Victor*, Case No. 4:13-cv-04240-SBA the Court ORDERS as follows:

1. The briefing schedule be amended to extend the time for Victor to file an opposition to the motion from October 2, 2013 to October 7, 2013;

2. The briefing schedule be amended to extend the time for Plaintiff to file a reply to Victor's opposition to the motion from October 9, 2013 to October 14, 2013

3. IT IS FURTHER ORDERED THAT:

Dated: 10/2/2013

Hon. Saundra B. Armstrong,
United States District Judge