UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANTIAGO VICTOR, <br><br> Defendant. | Case No:  C 13-4240 SBA <br><br> **ORDER** |

By no later than October 23, 2013, Plaintiff shall file a response, not to exceed five (5) pages, to Defendant's objections filed on October 18, 2013.  Dkt. 31.  The parties may not file anything further in connection with Plaintiff's pending motion for preliminary injunction, absent prior leave of Court.

IT IS SO ORDERED.

Dated: October 18, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge