RICHARD J. CURIALE, SBN #103659
JOSEPH C. WILSON, SBN #249027
MICHELLE T. DUVAL, SBN #239497
**CURIALE WILSON LLP**
One Maritime Plaza, Suite 1000
San Francisco, CA 94111
Telephone:  (415) 908-1001
Facsimile:  (415) 796-0875
E-mail:  rcuriale@curialewilson.com
        jwilson@curialewilson.com
        mduval@wilsonduval.com

Patricia J. Hill, Esquire (*pro hac vice*)
Yash B. Dave, Esquire (*pro hac vice*)
Smith, Gambrell & Russell, LLP
50 N. Laura Street, Suite 2600
Jacksonville, Florida 32202
Telephone:  (904) 598-6100
Facsimile:  (904) 598-6240
E-mail:  pjhill@sgrlaw.com; ydave@sgrlaw.com

Attorneys for Plaintiff Sunbelt Rentals, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br>                       Plaintiff, <br><br>        v. <br><br> SANTIAGO VICTOR <br><br>                       Defendants. | Case No. USDC NDCA - 13-4240 SBA <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF SUNBELT RENTALS, INC.; [PROPOSED] ORDER** |

PLEASE TAKE NOTICE: Plaintiff Sunbelt Rentals, Inc. has retained Curiale Wilson LLP to substitute as local counsel for Nossaman LLP in the above-captioned case following the departure from Nossaman LLP of attorney Allison Dibley.

Withdrawing counsel for Plaintiff Sunbelt Rentals, Inc. is:

>Veronica M. Gray
>NOSSAMAN LLP
>18101 Von Karman Avenue, Suite 1800
>Irvine, CA 92612
>Telephone:  (949) 477-7663
>Facsimile:  (949) 833-7878
>
>Allison Dibley
>NOSSAMAN LLP
>50 California Street, 34th Floor
>San Francisco, CA 94111
>Telephone: (415) 398-3600
>Facsimile:  (415) 398-2438

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff Sunbelt Rentals, Inc.:

>Richard J. Curiale
>Joseph C. Wilson
>Michelle T. Duval
>CURIALE WILSON LLP
>One Maritime Plaza, Suite 1000
>San Francisco, CA  94111
>Telephone: (415) 908-1001
>Facsimile:  (415) 796-0875
>Email: rcuriale@curialewilson.com
>           jwilson@curialewilson.com
>           mduval@curialewilson.com

All pleadings, notices and orders should continue to be served on Patricia J. Hill and Yash B. Dave of Smith, Gambrell & Russell LLP.

1   The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: May 21, 2014                     SMITH, GAMBRELL & RUSSELL, LLP

                                        _____/s/ Patricia Hill_____
                                        Patricia Hill, Counsel for Sunbelt Rentals, Inc.

Dated: May 21, 2014                     NOSSAMAN LLP

                                        _____/s/ Veronica M. Gray_____
                                        Veronica M. Gray, Former Local Counsel for
                                        Plaintiff Sunbelt Rentals, Inc.

Dated: May 21, 2014                     NOSSAMAN LLP

                                        _____/s/ Allison Dibley_____
                                        Allison Dibley, Former Local Counsel for
                                        Plaintiff Sunbelt Rentals, Inc.

Dated: May 21, 2014                     CURIALE WILSON LLP

                                        _____/s/ Joseph C. Wilson_____
                                        JOSEPH C. WILSON, New Local Counsel for
                                        Plaintiff Sunbelt Rentals, Inc.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: May 21, 2014                     CURIALE WILSON LLP

                                        /s/ Joseph C. Wilson
                                        JOSEPH C. WILSON
                                        Local Counsel for Plaintiff Sunbelt Rentals, Inc.

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED:   5/21/2014                      _Sandra B. Armstrong_____
                                        HON. SANDRA BROWN ARMSTRONG
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT

## DECLARATION OF SERVICE

I, Joseph Wilson, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Maritime Plaza, Suite 1000, San Francisco, California 94111, in said County and State. On May 21, 2014, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SUNBELT RENTALS, INC.; [PROPOSED] ORDER**

to all named counsel of record as follows:

**[x] BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on May 21, 2014. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on May 21, 2014, at San Francisco, California.

/s/ *Joseph C. Wilson*
JOSEPH C. WILSON