UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SANTIAGO VICTOR, <br><br> Defendant. | Case No: C 13-4240 SBA <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO ENLARGE TIME** |

This matter is before the Court on Plaintiff's Motion to Enlarge the Time to Amend Pleadings or Add Parties.  Dkt. 70.  In particular, Plaintiff seeks to extend the deadline to join parties or amend the pleadings from December 1, 2014, to January 9, 2015.  Defendant opposes the motion, inter alia, on the ground that Plaintiff failed to satisfy the Court's meet and confer requirement.  Dkt. 71.

The Court's Standing Orders require the parties to meet and confer prior to filing any motion or other request.  Dkt. 3-1 (copy of Standing Orders).  Here, Plaintiff's counsel simply left a voicemail message for Defendant's counsel late in the afternoon on December 1, 2014, asking whether Defendant would oppose a motion to extend the deadline to amend the pleadings.  Pollack Decl. ¶ 3, Dkt. 71-1.  Without affording defense counsel a reasonable opportunity to respond, Plaintiff filed the instant motion within hours of leaving the voicemail message.  Id. ¶ 4.

The purpose of the meet and confer requirement is to encourage settlement, resolve disputes which need not involve the Court and avoid unnecessary litigation—thereby conserving the parties and the Court's limited resources.  See Raifman v. Wachovia Secs., LLC, No. C 11-02885 SBA, 2013 WL 949255, *1 (N.D. Cal., Mar. 11, 2013).  The goals of

1. the meet and confer requirement are not served where, as here, there has been no
2. *meaningful* effort on the part of the movant to resolve the matter without judicial
3. intervention.  Instead, Plaintiff's counsel merely left a cursory voicemail message for
4. opposing counsel late in the afternoon of the deadline at issue, and without waiting for a
5. response from defense counsel, filed the instant motion shortly thereafter.  Given these
6. circumstances, the Court finds that Plaintiff has not satisfied the meet and confer
7. requirement set forth in its Standing Orders.  Accordingly,

   IT IS HEREBY ORDERED THAT Plaintiff's Motion to Enlarge the Time to Amend Pleadings or Add Parties is DENIED without prejudice.

   IT IS SO ORDERED.

Dated:  December 24, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge