UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br>     Plaintiff, <br>     v. <br> SANTIAGO VICTOR, <br>     Defendant. | Case No. 13-cv-04240-SBA (JCS) <br><br> **ORDER REGARDING DISCOVERY DISPUTES** <br><br> Re: Dkt. No. 85 |

Plaintiff Sunbelt Rentals, Inc. ("Sunbelt") and Defendant Santiago Victor ("Victor") filed a Joint Letter addressing various discovery disputes on January 23, 2015. *See generally* Joint Letter (dkt. 85).

### A. The Parties' Agreements

The Joint Letter states that the parties have reached agreements as to the following issues: (1) Victor's Notice of Deposition to Sunbelt's Person Most Knowledgeable Regarding Categories 27, 28, and 29; (2) Sunbelt's Production of Documents Bates Stamp Numbered 389−604; (3) Victor's Request for Production of Documents Nos. 19−23, 67, 54−59, 63, 67, and 72−79; (4) Sunbelt's Request for Production of Documents Nos. 1, 3, 6−9, 12, 13, 17, and 18; (5) Dates for Production and Service of Supplemental Responses; (6) Dates for Production of Electronically Stored Information; and (7) Privilege Logs. The parties have also reached partial agreements as to the following issues: (1) Victor's Request for Production of Documents Nos. 5, 6, 8, 10, 11, 13, 14, and 28−49; and (2) Sunbelt's Request for Production of Documents No. 20. **The terms of these agreements as stated in the Joint Letter are hereby incorporated by reference and ADOPTED as an order of the Court.** The parties shall produce documents, and Sunbelt shall produce a deposition witness, pursuant to the terms of the Joint Letter.

### B. Time Frame for Victor's Request for Production of Documents Nos. 5, 6, 8, 10, 11, 13, 14, and 28−49

The parties disagree as to the relevant time frame for documents to be produced in response to these requests. Victor seeks documents covering the "the entire course of his employment as a sales representative," extending back to the 2007 date when he began a "Jumpstart Training" program and through the date of his resignation on August 19, 2013. Joint Letter at 1−2. Sunbelt argues that its allegations relate only to the period from February 1, 2013 through August 19, 2013. *Id.* at 2. As a compromise, Sunbelt is willing to produce documents extending back to January 1, 2010.

The Court finds Sunbelt's proposed compromise to be reasonable. A discovery period extending more than three years before Sunbelt's allegations will provide sufficient evidence of the steps Sunbelt took to protect proprietary information. Documents from before 2010 are unlikely to add relevant information, particularly given the parties' agreement to limit Sunbelt's corporate representative's testimony to the period from January 1, 2010 through December 31, 2014. *See id.* at 1. Sunbelt is therefore ORDERED to produce documents dating from January 1, 2010 through August 19, 2013 in response to these requests.

### C. Sunbelt's Request for Production of Documents No. 20

Victor is ORDERED to disclose the telephone number and service provider of the telephone issued by his employer so that Sunbelt can subpoena records relating to that telephone. The Court is not persuaded that Victor's employer's interests justify withholding basic identifying information for the telephone.

### D. Victor's Motion to Modify Scheduling Order

The Joint Letter also references Victor's motion to modify the scheduling order in this case. That motion has been referred to the undersigned magistrate judge for a report and recommendation, and will be addressed separately.

**IT IS SO ORDERED.**

Dated: January 27, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2